UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAI STEPHEN ROSE,<br><br>Plaintiff,<br><br>v.<br><br>FORTUNA POLICE DEPARTMENT, et al.,<br><br>Defendants. | Case No. 3:17-cv-01018-WHO<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO TIMELY RESPOND AND CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 17 |

On December 6, 2017, defendants David Erler and City of Fortuna filed a motion for summary judgment on plaintiff Sai Stephen Rose's pro se complaint, which alleges violations of Rose's civil rights under 42 U.S.C. § 1983. Dkt. No. 17. Rose's response was due on December 20, 2017, but he has yet to respond. Rose is ordered to show cause for his failure to timely respond. His opposition, if any, is due no later than January 17, 2018. Defendants' reply will be due by January 24, 2018. The hearing set for January 10, 2018 is continued to January 31, 2018 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: January 4, 2018



William H. Orrick
United States District Judge